Cv 00-2439 RHK/JMM

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

**ORDER RE: SUBMISSION OF TRIAL MATERIALS FOR JANUARY, 2002 TRIAL CALENDAR**

---

Attached is an updated list of cases deemed ready for trial before the undersigned beginning January 1, 2002. Cases may be called out of order.

The following materials are to be **EXCHANGED AND FILED** (all filings shall be in St. Paul) in accordance with the following schedule:

By December 14, 2001:

(1) All "documents to be submitted for trial" as required by Local Rule 39.1(b);

(2) Designation and copies of proposed deposition testimony;

(3) Motions in Limine with supporting briefs; and

(4) Trial brief with a statement of the issues (substantive and evidentiary), facts expected to be proved, and controlling statutory and case law.

By December 21, 2002:

(1) Responsive briefs to Motions in Limine;

(2) Written Objections, and the grounds therefor, to opposing parties' exhibits and designated deposition testimony (copies of objected to exhibits and objected to deposition testimony shall be furnished simultaneously to the Court); and

(3) Replies to Trial Briefs.

By December 28, 2001: Responses to the Written Objections.

Dated: November 1, 2001

RICHARD H. KYLE
United States District Judge

FILED NOV 0 1 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

| | | |
|---|---|---|
| 1. | **Alton S. Edwards** | **Alton Edwards**<br>**763-571-8952** |
| | **vs CV 00-993 RHK/JMM**<br>**COURT** | |
| | **Longview Fibre Co.**<br>**Local #970 Teamster Union** | **Richard Beene**<br>**612-339-4302**<br>**Bernard Bobber**<br>**414-271-2400**<br>**James Hansing**<br>**612-333-6113** |
| 2. | **Magdelena Franco** | **Elizabeth Kimball**<br>**612-373-7022** |
| | **vs CV 00-1379 RHK/JMM**<br>**JURY** | |
| | **Kenneth S. Apfel, Commissioner**<br>**Social Security Administration**<br>**Agency** | **Mary Jo Madigan**<br>**612-664-5600** |
| 3. | **June E. Kulzer**<br>**Dewey Kulzer** | **Michael Strom**<br>**651-437-3148** |
| | **vs CV 00-2439 RHK/JMM**<br>**JURY** | |
| | **Wal-Mart Stores Inc.** | **Andrew Marshall**<br>**612-333-3000** |

| | | |
|---|---|---|
| 4. | **Hugs & Kisses, Inc.** | **John Dorgan**<br>**612-729-1943** |
| | **vs CV 3-96-767 RHK/FLN**<br>**JURY** | |
| | **Mario H. Aguirre,** | **Mario H. Aguirre** |
| 5. | **Marcia M. Venne, as Trustee for the heirs and Next of Kin of Ralph Sonny Venne, deceased** | **Daniel O'Leary**<br>**651-222-2731** |
| | **vs CV 99-1888 RHK/RLE**<br>**JURY**<br>**DULUTH** | |
| | **Komatsu LTD, etal** | **David Kelly**<br>**612-339-8682** |