# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

June e. Kulzer and
Dewey Kulzer

Plaintiff

v.

Wal-Mart Stores, Inc.

Defendants

Case No. Civil 00-2439 RHK/JMM

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendant Wal-Mart's motion for summary judgment is granted and Plaintiff's complaint is dismissed with prejudice.

DATE: November 8, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez, Deputy Clerk